# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **KRISTIN M. HANSEN,**<br><br>PLAINTIFF<br><br>v.<br><br>**SUMMITMEDIA, LLC, et al.,**<br><br>DEFENDANTS. | **CIVIL ACTION NO. 3:21-CV-125-BJB-RSE**<br><br>**ELECTRONICALLY FILED** |

## AGREED ORDER OF DISMISSAL

Comes the Plaintiff, Kristin M. Hansen, and the Defendants, SummitMedia, LLC and SM-WQNU, LLC d/b/a SummitMedia Louisville, Q103, WQNU, by their respective counsel, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the within action is hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

_____
Judge

_____
Date

HAVING SEEN AND AGREED:

| | |
|---|---|
| */s/ Benjamin T. D. Pugh (w/permission)* | */s/ Calesia S. Henson* |
| Benjamin T.D. Pugh | Shannon Antle Hamilton |
| tom@prlaw.legal | shamilton@stites.com |
| Christopher D. Roach | Calesia S. Henson |
| chris@prlaw.legal | chenson@stites.com |
| PUGH & ROACH, ATTORNEYS AT LAW, PLLC | STITES & HARBISON, PLLC |
| 28 West Fifth Street | 400 W. Market Street, Suite 1800 |
| Covington, KY 41011 | Louisville, KY 40202 |
| Telephone: (859) 291-5555 | Telephone: (502) 587-3400 |
| | Facsimile: (502) 587-6391 |
| Michael O'Hara | *Counsel for Defendants* |
| mohara@oharataylor.com | |
| O'HARA, TAYLOR, SLOAN & CASSIDY | |
| 25 Town Center Boulevard, Suite 201 | |
| Covington, KY 41017 | |
| Telephone: (859) 331-2000 | |

*Counsel for Plaintiff*